1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LIONEL NAVARRO,                    No. CIV S-06-1531-LKK-CMK-P

12              Petitioner,

13        vs.                            <u>ORDER</u>

14    ROBERT AYERS, et al.,

15              Respondents.

16    _____/

17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition for

19    a writ of habeas corpus (Doc. 1), filed on July 11, 2006.

20            The court has examined the petition as required by Rule 4 of the Federal Rules

21    Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached

22    exhibits that petitioner is not entitled to relief.  <u>See</u> <u>id.</u>  Respondents, therefore, will be directed

23    to file a response to petitioner's petition.  <u>See</u> <u>id.</u>  If respondents answer the petition, such answer

24    must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an

25    answer shall be accompanied by any and all transcripts or other documents relevant to the

26    determination of the issue(s) presented in the petition.  <u>See</u> <u>id.</u>

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    Respondents are directed to file a response to petitioner's petition within

3    30 days from the date of service of this order;

4    2.    Petitioner's traverse or reply (if respondents file an answer to the petition),

5    if any, or opposition or statement of non-opposition (if respondents file a motion in response to

6    the petition) shall be filed and served within 30 days of service of respondents' response; and

7    3.    The Clerk of the Court shall serve a copy of this order, together with a

8    copy of petitioner's petition for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney

9    General.

11   DATED:   July 14, 2006.

13   CRAIG M. KELLISON
14   UNITED STATES MAGISTRATE JUDGE

2