IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL NAVARRO, | No. CIV S-06-1531-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT AYERS, Acting Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion for an extension of time (Doc. 10), filed on August 16, 2006.

As a preliminary matter, the court notes that the only respondent listed on the petition is Robert Ayers. The Attorney General of the State of California is not a named respondent. The Clerk of the Court will be directed to delete the Attorney General of the State of California from the docket in order to reflect the caption above. This action proceeds as against Robert Ayers only.

/ / /

/ / /

1

1        On July 17, 2006, the court ordered respondent to file a response to the petition for a writ of habeas corpus within 30 days.  Respondent now seeks an extension of that deadline to September 15, 2006.  Good cause appearing therefor, the request will be granted.  Failure to comply with this order may result in the imposition of appropriate sanctions.  <u>See</u> Local Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that:

    1.    The Clerk of the Court is directed to delete the Attorney General of the State of California as a respondent to this action and update the docket to reflect that Robert Ayers is the only respondent;

    2.    Respondent's motion for an extension of time is granted; and

    3.    Respondent shall file a response to the petition by September 15, 2006.

DATED:  August 17, 2006.

                    /s/ Craig M. Kellison
              **CRAIG M. KELLISON**
              UNITED STATES MAGISTRATE JUDGE