IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL NAVARRO, | No. CIV S-06-1531-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT AYERS, Acting Warden, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      In light of the complexity of the legal issues involved, the court sua sponte determines that justice requires appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). In light of the appointment of counsel to represent petitioner, the court will provide petitioner, through appointed counsel, the opportunity to file a supplemental memorandum of points and authorities addressing the merits of the claims raised in the petition. Respondent will be given an opportunity to file a supplemental answer and petitioner may file a supplemental traverse. Upon completion of supplemental briefing, or upon the expiration of the time to file a supplemental memorandum of

1

points and authorities in support of the petition if none is filed, this case will stand submitted for a decision on the merits.

        Accordingly, IT IS HEREBY ORDERED that:

    1.     The Federal Public Defender is appointed to represent petitioner;

    2.     The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus petition (Doc. 1) and a copy of this order on Ann McClintock, Assistant Federal Public Defender;

    3.     Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file; and

    4.     Within 30 days of the date of this order, petitioner, through appointed counsel, may file a supplemental memorandum of points and authorities addressing the merits of the claims raised in this petition;

    5.     Respondent may file a supplemental answer within 30 days from the date of service of any supplemental memorandum of points and authorities in support of the petition; and

    6.     Petitioner may file a supplemental traverse within 30 days of service of respondent's supplemental answer.

DATED: September 25, 2006.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE