IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL NAVARRO, | No. CIV S-06-1531-LKK-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| ROBERT AYERS, Acting Warden, | |
|     Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is a motion for substitution of counsel (Doc. 19), filed on October 12, 2006.

      In light of the complexity of the legal issues involved, the court sua sponte appointed the Federal Public Defender on September 26, 2006.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).   Petitioner now seeks to substitute Jennifer M. Sheetz, Esq., for the Federal Public Defender.  Good cause appearing therefor, the request will be granted.  The court will sua sponte extend the supplemental briefing schedule established in the September 26, 2006, order.

/ / /

Finally, a review of the docket reflects that petitioner filed a pro se traverse (Doc. 18) on October 2, 2006. Because counsel had already been appointed, the pro se filing will be stricken. Petitioner will be able to file a traverse with the assistance of appointed counsel at a later date.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for substitution of counsel (Doc. 19) is granted;

2. Jennifer M. Sheetz, Esq., is substituted for the Federal Public Defender as counsel of record for petitioner;

3. The pro se traverse (Doc. 18), filed on October 2, 2006, is stricken;

4. Within 30 days of the date of this order, petitioner, through appointed counsel, may file a supplemental memorandum of points and authorities addressing the merits of the claims raised in this petition;

5. Respondent may file a supplemental answer within 30 days from the date of service of any supplemental memorandum of points and authorities in support of the petition; and

6. Petitioner may file a supplemental traverse within 30 days of service of respondent's supplemental answer, or the expiration of the time to do so if none is filed.

DATED: October 13, 2006.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE